C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES-VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAIME ANGELES-VAZQUEZ,<br><br>    Defendants. | Case No.: 2:06-cr-0457-MCE<br><br>STIPULATION ANDORDER |

STIPULATION

This matter is currently scheduled for Status Conference on February 27, 2007, at 8:30 a.m., in the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for the United States, AUSA Michael Beckwith, and he has agreed, subject to the court's approval, to continue this matter until May l, 2007, at 8:30 a.m. My client is currently being prosecuted in a multi-defendant drug-trafficking case in front of Judge Burrell, that is both lengthy and complex. It is estimated that that case will take a substantial amount of time to complete. All parties feel that this case should trail that other matter.

All parties hereby agree and stipulate to a continuance of the Status Conference now scheduled for February 27, 2007, at 8:30 a.m., to May 1, 2007, at 8:30 a.m., in the courtroom of the Honorable Morrison C. England, Jr. They further stipulate to the exclusion of time through

that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:   2-23-07              /s/ C. EMMETT MAHLE
C. EMMETT MAHLE
Attorney for Defendant
JAIME ANGELES-VAZQUEZ


ORDER


GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference now scheduled for February 27, 2007, at 8:30 a.m. is hereby continued to May 1, 2007, at 8:30 a.m., in the courtroom of the Honorable Morrison C. England, Jr.  Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: February 27, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -