1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )
                                 ) 2:06-cr-00457-MCE
12           Plaintiff,          )
                                 )  STIPULATION AND ORDER
13                               )  CONTINUING STATUS CONFERENCE AND
        v.                       )  EXCLUDING TIME
14                               )
   JAIME ANGELES-VASQUEZ,        )
15                               )
             Defendants.         )  Hon. Morrison C. England, Jr.
16 _____)

17      The parties request that the status conference currently set
18 for May 1, 2007, be continued to June 28, 2007, and stipulate
19 that the time beginning May 1, 2007, and extending through June
20 28, 2007, should be excluded from the calculation of time under
21 the Speedy Trial Act.  The parties submit that the ends of
22 justice are served by the Court excluding such time, so that the
23 counsel for each party may have reasonable time necessary for
24 effective preparation, taking into account the exercise of due
25 diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
26      In particular, counsel for all parties need more time to
27 finalize oral negotiations and prepare written plea dispositions.
28 ///

                                   1

```
 1  The parties stipulate and agree that the interests of justice
 2  served by granting this continuance outweigh the best interests
 3  of the public and the defendants in a speedy trial.  18 U.S.C. §
 4  3161(h)(8)(A).
```

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  April 30, 2007        By:/s/ Michael M. Beckwith
                                 MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney


Dated:  April 30, 2007        By:/s/ Emmit Mahle
                                 EMMET MAHLE
                                 Attorney for defendant


**ORDER**

The status conference in case number CR. S-06-0457 MCE, currently set for May 1, 2007, is continued to June 28, 2007, and the time beginning May 1, 2007, and extending through June 28, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE