C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES-VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00457 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JAIME ANGELES-VAZQUEZ, | |
| Defendants. | |

STIPULATION

This matter was scheduled for Status Conference on July 5, 2007, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for the United States, AUSA Kyle Reardon, and he has agreed, subject to the court's approval, to continue this matter until August 16, 2007, at 9:00 a.m. My client is currently being prosecuted in a multi-defendant drug-trafficking case in front of Judge Burrell, that is both lengthy and complex. It is estimated that that case will take a substantial amount of time to complete. All parties feel that this case should trail that other matter.

///

///

///

///

- 1

All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for July 5, 2007, at 9:00 a.m., to August 16, 2007, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:   7-2-07              /s/ C. EMMETT MAHLE
                             C. EMMETT MAHLE
                             Attorney for Defendant
                             JAIME ANGELES-VAZQUEZ


DATED:   7-2-07              /s/ C. EMMETT MAHLE for
                             KYLE REARDAN
                             Assistant United States Attorney


## ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference that was scheduled for July 5, 2007, at 9:00 a.m. is hereby continued to August 16, 2007, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: July 6, 2007

                             _____
                             MORRISON C. ENGLAND, JR
                             UNITED STATES DISTRICT JUDGE