1  C. EMMETT MAHLE, SBN 104069
   Attorney at Law
2  901 H Street, Suite 203
   Sacramento, CA 95814
3  (916) 447-1646
   Mahlelaw@sbcglobal.net
4
   Attorney for Defendant
5  JAIME ANGELES-VAZQUEZ

6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        Case No.: 2:06-cr-00457-MCE

12 |        Plaintiff,                STIPULATION AND ORDER

13 |    vs.

14 | JAIME ANGELES-VAZQUEZ,

15 |        Defendants.

16

17                         STIPULATION

18     This matter was scheduled for Status Conference on August 16, 2007, at 9:00 a.m., in

19 the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for the United

20 States, AUSA Kyle Reardon, and he has agreed, subject to the court's approval, to continue this

21 matter until October 11, 2007, at 9:00 a.m. My client is currently being prosecuted in a multi-

22 defendant drug-trafficking case in front of Judge Burrell, that is both lengthy and complex. It is

23 estimated that that case will take a substantial amount of time to complete. All parties feel that

24 this case should trail that other matter.

25     All parties hereby agree and stipulate to a continuance of the Status Conference that

26 was scheduled for August 16, 2007, at 9:00 a.m., to October 11, 2007, at 9:00 a.m., in the

27 courtroom of the Honorable Morrison C. England, Jr.

28

They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED: 8-14-07   /s/ C. EMMETT MAHLE
C. EMMETT MAHLE
Attorney for Defendant
JAIME ANGELES-VAZQUEZ

DATED: 8-14-07   /s/ C. EMMETT MAHLE for
KYLE REARDON
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference that was scheduled for August 16, 2007, at 9:00 a.m. is hereby continued to October 11, 2007, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: August 15, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -