C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES-VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:06-cr-00457-MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JAIME ANGELES-VAZQUEZ, | |
| Defendants. | |

STIPULATION

This matter was scheduled for Status Conference on October 11, 2007, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for the United States, AUSA Kyle Reardon, and he has agreed, subject to the court's approval, to continue this matter until November 8, 2007, at 9:00 a.m. My client is currently being prosecuted in a multi-defendant drug-trafficking case in front of Judge Burrell, that is both lengthy and complex. It is estimated that that case will take a substantial amount of time to complete. All parties feel that this case should trail that other matter.

///

///

///

///

- 1

All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for October 11, 2007, at 9:00 a.m., to November 8, 2007, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:   10-10-07             /s/ C. EMMETT MAHLE
                              C. EMMETT MAHLE
                              Attorney for Defendant
                              JAIME ANGELES-VAZQUEZ


DATED:   10-10-07             /s/ C. EMMETT MAHLE for
                              KYLE REARDON
                              Assistant United States Attorney


ORDER


GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference that was scheduled for October 11, 2007, at 9:00 a.m. is hereby continued to November 8, 2007, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr.   Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: October 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE