1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2782

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )   CR. S-06-0457 MCE
12              Plaintiff,           )
                                     )   STIPULATION AND ORDER
13                                   )   CONTINUING STATUS CONFERENCE
                                     )
14  JAIME ANGELES VASQUEZ,           )   Date: November 8, 2007
                                     )   Time: 9:00 am
15              Defendants.          )   Court: Hon. Morrison C. England
    _____    )

16

17        The parties request that the status conference currently set

18  for Thursday, November 8, 2007, at 9:00 a.m., be continued to

19  Thursday, December 20, 2007, at 9:00 a.m., and stipulate that the

20  time beginning November 8, 2007, and extending through December

21  20, 2007, should be excluded from the calculation of time under

22  the Speedy Trial Act.  The defendant currently has another matter

23  before Judge Burrell that has been continued until early December

24  and has been declared lengthy and complex.  See 18 U.S.C. §

25  3161(h)(8)(A)(ii); Local Code T2.  Resolution of that case could

26  have an impact on this case.

27  ///

28  ///

                                     1

Accordingly an exclusion of time is in interests of justice and necessary to permit counsel preparation.  18 U.S.C. § 3161(h)(8)(A)(iv); Local Code T4.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: November 7, 2007         By:/s/ Kyle Reardon
                                   KYLE REARDON
                                   Assistant U.S. Attorney


Dated: November 7, 2007         By:/s/ Kyle Reardon for
                                   C. EMMETT MAHLE
                                   Attorney for defendant


## ORDER

   The motions hearing in case number S-06-0457 MCE, currently set for Thursday, November 8, 2007, at 9:00 a.m., is continued to Thursday, December 20, 2007, at 9:00 a.m., and the time beginning November 8, 2007, and extending through December 20, 2007, is excluded from the calculation of time under the Speedy Trial Act. in accordance with 18 U.S.C. § 3161(h)(8)(A)(iv) and Local Code T4.

   IT IS SO ORDERED.

Dated: November 9, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE