```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>                                        )<br>                                        )<br>JAIME ANGELES VASQUEZ,                  )<br>                                        )<br>            Defendants.                 )<br>_____) | No. 2:06-cr-00457-MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: December 20, 2007<br>Time: 9:00 am<br>Court: Hon. Morrison C. England |

The parties request that the status conference set for Thursday, December 20, 2007, at 9:00 am, be continued to Thursday, January 31, 2008, at 9:00 a.m., and stipulate that the time beginning December 20, 2007, and extending through January 31, 2008, should be excluded from the calculation of time under the Speedy Trial Act. The interests of justice warrant the exclusion of time in this case. 18 U.S.C. § 3161(h)(8)(A). The defendant is also indicted in an unrelated drug conspiracy case currently before another court. Plea negotiations are ongoing in that case and it has been continued until Friday, January 25, 2008.

///

1

1 Trailing this matter until resolution of the drug conspiracy case
2 will permit continuity of counsel and effective representation in
3 this matter.  Id. at (B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: December 18, 2007        By:/s/ Kyle Reardon
                                   KYLE REARDON
                                   Assistant U.S. Attorney


Dated: December 18, 2007        By:/s/ Kyle Reardon for
                                   C. EMMETT MAHLE
                                   Attorney for defendant


### ORDER

The motions hearing in case number 2:06-cr-00457-MCE, currently set for December 20, 2007, at 9:00 a.m., is continued to January 31, 2008, at 9:00 a.m., and the time beginning December 20, 2007, and extending through January 31, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161(h)(8)(A) and Local Code T4.

IT IS SO ORDERED.

Dated: December 19, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE