McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00457-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| JAIME ANGELES VASQUEZ, | ) | Date: January 31, 2007 |
| | ) | Time: 9:00 am |
| Defendants. | ) | Court: Hon. Morrison C. England |
| | ) | |

The parties request that the status conference set for Thursday, January 31, 2008, at 9:00 am, be continued to Thursday, April 10, 2008, at 9:00 a.m., and stipulate that the time beginning January 31, 2008, and extending through April 10, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The interests of justice warrant the exclusion of time in this case.  18 U.S.C. § 3161(h)(8)(A).  The defendant is also indicted in an unrelated drug conspiracy case currently before another court.  Plea negotiations are ongoing in that case and it has been continued until Friday, March 21, 2008.
///
///

1

Trailing this matter until resolution of the drug conspiracy case will permit continuity of counsel and effective representation in this matter.  Id. at (B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: January 30, 2008    By:/s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney

Dated: January 30, 2008    By:/s/ Kyle Reardon for
C. EMMETT MAHLE
Attorney for defendant

**ORDER**

The motions hearing in case number S-06-0457 MCE, currently set for January 31, 2008, at 9:00 a.m., is continued to April 10, 2008, at 9:00 a.m., and the time beginning January 31, 2008, and extending through April 10, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161(h)(8)(A) and Local Code T4.

IT IS SO ORDERED.

Dated: January 30, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2