C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES-VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:06-cr-00457 MCE |
| Plaintiff, | STIPULATION AND  ORDER |
| vs. | |
| JAIME ANGELES-VAZQUEZ, | |
| Defendant. | |

STIPULATION

This matter is scheduled for Status Conference on May 29, 2008, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr.  I have contacted counsel for the United States, AUSA Daniel McConkie, Jr., and he has agreed, subject to the court's approval, to continue this matter until July 24, 2008, at 9:00 a.m.

All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled May 29, 2008, to July 24, 2008, at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr. The parties further stipulate to the exclusion of time through that date pursuant to  Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:      5/29/08                          /s/ C. Emmett Mahle
                                             C. EMMETT MAHLE
                                             Attorney for Defendant
                                             JAIME ANGELES-VAZQUEZ

DATED:   2/1/08            /s/ Daniel McConkie, Jr.
                           DANIEL McCONKIE, Jr.
                           Assistant U.S. Attorney
                           Signed by Mr. Mahle with the
                           permission of Mr. McConkie, Jr.

## ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that is scheduled for May 29, 2008, at 9:00 a.m., is hereby continued to July 24, 2008, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr.  Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: June 2, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE