C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES-VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:06-cr-00457 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JAIME ANGELES-VAZQUEZ, | |
| Defendants. | |

STIPULATION

This matter was scheduled for Status Conference on September 17, 2008, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for the United States, AUSA Daniel McConkie, Jr., and he has agreed, subject to the court's approval, to continue this matter until November 20, 2008, at 9:00 a.m. My client is currently being prosecuted in a multi-defendant drug-trafficking case in front of Judge Burrell, that is both lengthy and complex. It is estimated that that case will take a substantial amount of time to complete. All parties feel that this case should trail that other matter.

All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for September 17, 2008, at 9:00 a.m., to November 20, 2008, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. They further stipulate to the exclusion of

time through that date pursuant to Local Code T-4, as the continuance is necessary for

preparation of counsel.

DATED:____09/15/08_____         /s/ C. EMMETT MAHLE

                                     C. EMMETT MAHLE
                                     Attorney for Defendant
                                     JAIME ANGELES-VAZQUEZ


DATED:____09/15/08_____         /s/ C. EMMETT MAHLE for

                                     Daniel McConkie, Jr
                                     Assistant United States  Attorney




                              ORDER


        GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant,

the Status Conference that was scheduled for September 17, 2008, at 9:00 a.m. is hereby

continued to November 20, 2008, at 9:00 a.m., in the courtroom of the Honorable Morrison C.

England, Jr.   Time is excluded through that date pursuant to Local Code T-4 for preparation of

counsel.

DATED: September 15, 2008

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE