C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES-VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAIME ANGELES-VAZQUEZ,<br><br>　　　　Defendant. | No.: 2:06-cr-00457-MCE<br><br>STIPULATION AND ORDER |

STIPULATION

This matter is scheduled for Status Conference on November 20, 2008, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr.  I have contacted counsel for the United States, AUSA Daniel McConkie, Jr., and he has agreed, subject to the court's approval, to continue this matter until February 12, 2009, at 9:00 a.m.

All parties hereby agree and stipulate to a continuance of the Status Conference that is currently scheduled for November 20, 2008, to February 12, 2009, at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.  The parties further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   11/19/08   　　　　　　　　　/s/ C. Emmett Mahle
　　　　　　　　　　　　　　　　　　　　　　C. EMMETT MAHLE
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　JAIME ANGELES-VAZQUEZ

- 1

PDF created with pdfFactory trial version www.pdffactory.com

DATED:   11/19/08                              /s/ Daniel McConkie, Jr.
                                              DANIEL McCONKIE, Jr.
                                              Assistant U.S. Attorney
                                              Signed by Mr. Mahle with the
                                              permission of Mr. McConkie, Jr.

## ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that is scheduled for November 20, 2008, at 9:00 a.m., is hereby continued to February 12, 2009, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr.  Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: November 21, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com