C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES-VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>JAIME ANGELES-VAZQUEZ,<br><br>       Defendant. | Case No.: CR.S-06-457 MCE<br><br>STIPULATION AND ORDER |

STIPULATION

This matter is scheduled for Status Conference on February 12, 2009, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr.  I have contacted counsel for the United States, AUSA Daniel McConkie, Jr., and he has agreed, subject to the court's approval, to continue this matter until May 14, 2009, at 9:00 a.m.

All parties hereby agree and stipulate to a continuance of the Status Conference that is currently scheduled for February 12, 2009, to May 14, 2009, at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.  The parties further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   2/11/09                             /s/ C. Emmett Mahle
                                                      C. EMMETT MAHLE
                                                      Attorney for Defendant
                                                      JAIME ANGELES-VAZQUEZ

- 1

DATED:   2/11/09                               /s/ Daniel McConkie, Jr.
                                              DANIEL McCONKIE, Jr.
                                              Assistant U.S. Attorney
                                              Signed by Mr. Mahle with the
                                              permission of Mr. McConkie, Jr.


ORDER


GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that is scheduled for February 12, 2009, at 9:00 a.m., is hereby continued to May 14, 2009, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

IT IS SO ORDERED.


DATED: February 12, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE