```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:06-cr-00457-MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| JAIME ANGELES-VASQUEZ, | ) Time: 9:00 am |
| Defendant. | ) Date: Wed., May 13, 2009 |
| | ) Court: Hon. Morrison C. England |

The parties request that the status conference currently set for Wednesday, May 13, 2009, at 9:00 a.m., be continued to Thursday, August 20, 2009, at 9:00 a.m., and stipulate that the time beginning Wednesday, May 13, 2009, and extending through August 20, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.  I have spoken with defense counsel, C. Emmett Mahle, and he has asked, subject to the court's approval, for this continuance.

Defense counsel requests additional time to prepare as he is reviewing discovery in Defendant's pending unrelated drug

1

conspiracy case, 06-457 GEB. Continuing this matter until resolution of the drug conspiracy case will permit continuity of counsel and effective representation in this matter.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

                                       Respectfully Submitted,

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney

DATED: May 11, 2009        By:   _/s/ Michael D. Anderson_
                                         MICHAEL D. ANDERSON
                                         Assistant U.S. Attorney

DATED: May 11, 2009        By:   _/s/ Michael D. Anderson for_
                                         C. EMMETT MAHLE
                                         Attorney for the Defendant

1 **<u>ORDER</u>**

2 The status conference in case number S-06-457 MCE, currently
3 set for Wednesday, May 13, 2009, at 9:00 a.m., is continued to
4 Thurday, August 20, 2009, at 9:00 a.m., and the time beginning
5 May 13, 2009, and extending through August 20, 2009, is excluded
6 from the calculation of time under the Speedy Trial Act in
7 accordance with 18 U.S.C. § 3161 and Local Code T4.

8 IT IS SO ORDERED.

9 Dated: May 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE