C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES-VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JAIME ANGELES-VAZQUEZ,<br><br>　　　　　Defendants. | Case No.:  2:06-cr-00457 MCE<br><br>STIPULATION AND ORDER |

STIPULATION

　　　　This matter was scheduled for Status Conference on August 20, 2009, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for the United States, AUSA Michael Anderson, and he has agreed, subject to the court's approval, to continue this matter until October 22, 2009, at 9:00 a.m. My client is currently being prosecuted in a multi-defendant drug-trafficking case in front of Judge Burrell, that is both lengthy and complex. It is estimated that that case will take a substantial amount of time to complete. All parties feel that this case should trail that other matter.

　　　　All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for August 20, 2009, at 9:00 a.m., to October 22, 2009, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. They further stipulate to the exclusion of

time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:   8-18-09              /s/ C. EMMETT MAHLE

C. EMMETT MAHLE
Attorney for Defendant
JAIME ANGELES-VAZQUEZ

DATED:   8-18-09              /s/ C. EMMETT MAHLE for

MICHAEL ANDERSON
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference that was scheduled for August 20, 2009, at 9:00 a.m. is hereby continued to October 22, 2009, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: August 18, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE