```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JAIME ANGELES-VASQUEZ,<br><br>        Defendant. | No. 2:06-cr-00457-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Time: 9:00 am<br>Date: Thur., Jan. 14, 2010<br>Court: Hon. Morrison C. England |

The parties request that the status conference currently set for Thursday, January 14, 2010, at 9:00 a.m., be continued to Thursday, March 25, 2010, at 9:00 a.m., and stipulate that the time beginning Thursday, January 14, 2009, and extending through March 25, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.  I have communicated with defense counsel, C. Emmett Mahle, and he has asked, subject to the court's approval, for this continuance.

///

///

1

1    Defense counsel requests additional time to prepare as he
2 preparing for trial in defendant's pending unrelated drug
3 conspiracy case, CR. S-06-457 GEB. That case is currently set
4 for trial on March 23, 2010. Continuing this matter until
5 resolution of the drug conspiracy case will permit continuity of
6 counsel and effective representation in this matter.
7    Accordingly, the parties believe that the continuance should
8 be excluded from the calculation of time under the Speedy Trial
9 Act. The additional time is necessary to ensure effective
10 preparation, taking into account the exercise of due diligence.
11 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of
12 justice served by granting this continuance outweigh the best
13 interests of the public and the defendant in a speedy trial. 18
14 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 12, 2010    By:   */s/ Michael D. Anderson*
                                 MICHAEL D. ANDERSON
                                 Assistant U.S. Attorney

DATED: January 12, 2010    By:   */s/ Michael D. Anderson* for
                                 C. EMMETT MAHLE
                                 Attorney for the Defendant

**ORDER**

The status conference in case number S-06-457 MCE, currently set for Thursday, January 14, 2010, at 9:00 a.m., is continued to Thursday, March 25, 2010, at 9:00 a.m., and the time beginning January 14, 2010, and extending through March 25, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

Dated: January 14, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE