C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES-VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-00457 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| JAIME ANGELES-VAZQUEZ, | |
| Defendants. | |

STIPULATION

This matter is scheduled for Status Conference on June 3, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for the United States, AUSA Michael Anderson, and he has agreed, subject to the court's approval, to continue this matter until July 29, 2010, at 9:00 a.m. My client pled guilty in a multi-defendant drug-trafficking case in front of Judge Burrell. Sentencing in that case is currently scheduled for July 23, 2010. As part of the terms of that agreement, this current case will be dismissed. For that reason, it is felt that this case should trail the sentencing in that matter.

All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled for June 3, 2010, at 9:00 a.m. to July 29, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:     6-2-10              /s/ C. EMMETT MAHLE
                               C. EMMETT MAHLE
                               Attorney for Defendant
                               JAIME ANGELES-VAZQUEZ


DATED:     6-2-10              /s/ C. EMMETT MAHLE for
                               MICHAEL ANDERSON
                               Assistant United States Attorney


ORDER


GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference that is scheduled for June 3, 2010, at 9:00 a.m. is hereby continued to July 29, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

Dated: June 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE