C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES-VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAIME ANGELES-VAZQUEZ,<br><br>　　　　Defendants. | Case No.:  2:06-cr-00457 MCE<br><br>STIPULATION AND ORDER |

STIPULATION

　　　This matter is scheduled for Status Conference on July 29, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for the United States, AUSA Michael Anderson, and he has agreed, subject to the court's approval, to continue this matter until August 26, 2010, at 9:00 a.m. My client pled guilty in a multi-defendant drug-trafficking case in front of Judge Burrell. Sentencing in that case is currently scheduled for August 13, 2010. As part of the terms of that agreement, this current case will be dismissed. For that reason, it is felt that this case should trail the sentencing in that matter.

　　　All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled for July 29, 2010, at 9:00 a.m. to August 26, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-1, as the continuance is necessary in the interest of justice.

DATED:   7-27-10    /s/ C. EMMETT MAHLE
C. EMMETT MAHLE
Attorney for Defendant
JAIME ANGELES-VAZQUEZ


DATED:   7-27-10    /s/ C. EMMETT MAHLE for
MICHAEL ANDERSON
Assistant United States Attorney


ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference that is scheduled for July 29, 2010, at 9:00 a.m. is hereby continued to August 26, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to Local Code T-1, as the continuance is necessary in the interest of justice.

DATED:  July 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -