```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR S-06-457 MCE |
| ) | |
| Plaintiff,   ) | ORDER DISMISSING INDICTMENT |
| ) | |
| v.   ) | |
| ) | |
| JAIME ANGELES-VASQUEZ,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

**IT IS HEREBY ORDERED** that the indictment in the above-captioned case be dismissed against defendant without prejudice in the interest of justice.

Dated: August 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1